FILED
2019 Apr-15 PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**RICHARD JONES,**

**PLAINTIFF,**

**V.**  Civ. Act. No.: 5:18-cv-00508-MHH

**HYOSUNG USA, INC.,**

**DEFENDANT.**

## NOTICE OF ATTORNEYS' LIEN

COMES NOW, the undersigned, and files this Notice of Attorneys' Lien and presents in support as follows:

1. Plaintiff's counsel requests the Court allow Allen D. Arnold to claim the sum of $9,600.00 as attorneys' fees pursuant to contract and quantum merit for representation of the above individual and repayment of the $400.00 in expenses advanced as the filing fee to initiate this matter.

2. Attached hereto as Exhibit A is the attorney/client fee agreement entered into between the Plaintiff and his counsel and signed and agreed to by Plaintiff and his counsel setting forth the agreement to pay attorney's fees in this matter in the event of the withdrawal of counsel in his case.

WHEREFORE, PREMISES CONSIDERED, the undersigned notifies the Court to allow the undersigned to collect from the Plaintiff the payment of attorneys'

fees pursuant to contract quantum merit and costs in the amount of $10,000.00.

Dated: April 15, 2019

_____
Allen D. Arnold

**OF COUNSEL:**

ALLEN D, ARNOLD, LLC
A Member of The Five Points Law Group, LLC
2151 Highland Avenue South, Ste. 205
Birmingham, AL 35205
T: (205) 252-1550
F: (205) 502-4476
allen@5pointslaw.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2019, I filed a copy of the foregoing with the Clerk of this Court using the CM/ECF system of filing which will forward a copy to counsel for the Defendant at the following address:

R. Scott Williams
Ingu Huang
Marcel Debruge

      I hereby certify that on April 15, 2019, I sent a copy of the foregoing via motion via Certified Mail to the Plaintiff at the following address and emailed a copy of the same:

Richard Jones
2109 Berwick Place SW
Decatur, AL 35603
plymouthsatellite66@gmail.com

_____
Of Counsel